DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
PHILLIP JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIP JACKSON,<br><br>        Defendant. | No. Cr. F 03- 5054 OWW<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL; ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Date:  June 30, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. OLIVER W. WANGER |

   Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, PHILLIP JACKSON, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed April 25, 2008.  Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

   Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Mr. Jackson has authorized the undersigned to file this application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Mr. Jackson's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Jackson requests the Court issue the order lodged herewith.

Dated:  June 17, 2008

>Respectfully submitted,
>
>DANIEL J. BRODERICK
>Federal Defender
>
>   /s/ *David M. Porter*
>DAVID M. PORTER
>Assistant Federal Defender
>
>Seeking Appointment as Attorney for Movant
>PHILLIP JACKSON

# **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

**Dated:   June 17, 2008**             /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE

REQUEST FOR COUNSEL