# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:03CR05054-003 |
| PHILLIP JACKSON ) | USM No: 61097-097 |
| Date of Previous Judgment: 12/4/2003 ) | DAVID PORTER |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120__ months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 121 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __12/4/2003__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __10/20/2008__                                              /s/ OLIVER W. WANGER
                                                                                          Judge's signature

Effective Date: _____                                     OLIVER W. WANGER, US DISTRICT JUDGE
   (if different from order date)                                                 Printed name and title